NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>DENNIS ELWELL,<br>         Defendant. | Criminal Action No.: 09-864 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

This matter comes before the Court by way of Defendant Dennis Elwell's motion for a judgment of acquittal or new trial pursuant to Federal Rules of Criminal Procedure 29(c)(2) and 33(a), respectively. Based on the reasons stated in the accompanying opinion dated October 12,

**IT IS** on this _19_ day of October, 2011,

**ORDERED** that Defendant's motion pursuant to Federal Rule of Criminal Procedure 29(c)(2) is DENIED; and it is further

**ORDERED** that Defendant's motion pursuant to Federal Rule of Criminal Procedure 33(a) is DENIED.

    **IT IS SO ORDERED.**

                     _____
                     JOSE L. LINARES
                     UNITED STATES DISTRICT JUDGE