<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>DENNIS ELWELL,<br><br>                      Defendant. | Criminal Action No.: 09-864 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

    Currently, Defendant's sentence will commence on Monday June 4, 2012. The Court is in receipt of Defendant Elwell's motion to stay they commencement of sentence pending appeal. As of the date herein, no opposition has been filed.

    Accordingly,

    **IT IS** on this _15_ day of May, 2012,

    **ORDERED** that the surrender date is hereby adjourned to Monday June 18, 2012 so the Court may consider the pending motion and any opposition filed thereto.

                                                    Jose L. Linares
                                                    United States District Judge